IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KENNETH O. LAFRENIE,<br><br>               Plaintiff,<br><br>v.<br><br>PORT AUTHORITY OF ALLEGHENY COUNTY,<br><br>               Defendant. | Case No. 2:17-CV-00703-NBF |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, the parties to bear their own costs and attorney's fees.

Respectfully submitted this 22nd day of December, 2017.

*/s/ Nikki Velisaris Lykos*
Nikki Velisaris Lykos (Pa. ID 204813)
Colleen Ramage Johnston (Pa. ID 64413)

Johnston Lykos, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
412-232-3500 (telephone)

Attorneys for Plaintiff

*/s/ William S. Myers*
John J. Myers (Pa. ID 23596)
William S. Myers (Pa. ID 38565)

Eckert, Seamans, Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
412-566-6000 (telephone)
412-566-6099 (facsimile)

Attorneys for Defendant

AND NOW, this 22nd day of December, 20 17,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE